UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERRENCE BROWNLEE, | ) | 1:05-CV-0949 REC SMS HC |
| | ) | |
| Petitioner, | ) | ORDER VACATING OCTOBER 21, 2005, |
| | ) | FINDINGS AND RECOMMENDATION |
| v. | ) | THAT HAD RECOMMENDED THE |
| | ) | PETITION BE DISMISSED |
| | ) | |
| A. P. KANE, | ) | [Doc. #7] |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 21, 2005, this Court filed a Findings and Recommendation that recommended the petition be dismissed for Petitioner's failure to comply with a court order. The Court found that Petitioner had failed to submit an application to proceed in forma pauperis or pay the filing fee as ordered by this Court on August 23, 2005. On November 21, 2005, Petitioner filed objections to the Findings and Recommendation. Petitioner states he has attempted to comply with the Court's order and submit an application to proceed in forma pauperis, but prison staff at Petitioner's institution of incarceration, Correctional Training Facility, have failed to comply with his requests. In support of his allegations, he submits his own declaration and a copy of an inmate appeal form challenging the

actions of certain prison staff. In light of this showing, the Court will vacate the Findings and Recommendation of October 21, 2005.

Accordingly, the Court hereby VACATES the Findings and Recommendation of October 21, 2005.

IT IS SO ORDERED.

**Dated:   November 30, 2005**              /s/ Sandra M. Snyder
icido3                                              UNITED STATES MAGISTRATE JUDGE