IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE BROWNLEE, | No. CV-F-05-949 REC/SMS HC |
| Petitioner, | ORDER DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY |
| vs. | |
| A.P. KANE, | |
| Respondent. | |

  The court hereby declines to issue a certificate of appealability in connection with petitioner's appeal from the dismissal of his petition for writ of habeas corpus.

  The court dismissed the petition on the ground that it was a second or successive petition authorization for which petitioner had not applied for and received from the Ninth Circuit Court of Appeals.  "When the district court denies a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claim, a COA should issue when the prisoner shows, at least, that jurists of reason would find it debatable whether

1

the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000). Given this standard, the court concludes that jurists of reason would not find it debatable whether dismissal of the petition on procedural grounds was correct.

IT IS SO ORDERED.

668554**Dated:  February 28, 2006**           /s/ Robert E. Coyle
                                         UNITED STATES DISTRICT JUDGE