IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERENCE BROWNLEE,        ) | No. CV-F-05-949 OWW |
|                          ) | |
|                          ) | ORDER FOLLOWING NINTH |
|                          ) | CIRCUIT LIMITED REMAND |
|          Petitioner,    ) | DECLINING TO ISSUE |
|                          ) | CERTIFICATE OF APPEALABILITY |
|     vs.                 ) | |
|                          ) | |
|                          ) | |
| A.P. KANE,               ) | |
|                          ) | |
|                          ) | |
|          Respondent.    ) | |
|                          ) | |
| _____) | |

　　　The court hereby declines to issue a certificate of appealability in connection with Petitioner's appeal of the denial of his motion to set aside ruling pursuant to Rule 60(b)(3), Federal Rules of Civil Procedure.

　　　Petitioner's motion was denied for lack of jurisdiction as a second or successive Section 2254 motion not authorized by the Ninth Circuit. Petitioner's claim for fraud pursuant to Rule 60(b)(3) and *Gonzalez v. Crosby*, 545 U.S. 524 (2005) is not based on any defect in the prior habeas corpus proceedings.

　　　Petitioner has not made a showing that jurists of reason

**would find it debatable that the motion states a valid claim for denial of a constitutional right and that jurists of reason would find it debatable that the court was correct in its procedural ruling.**

     IT IS SO ORDERED.

**Dated:**   <u>**July 6, 2007**</u>                <u>/s/ Oliver W. Wanger</u>
                                              UNITED STATES DISTRICT JUDGE