UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERENCE BROWNLEE, | ) | 1:05-CV-00949 OWW HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER DISMISSING PETITIONER'S |
| v. | ) | APPLICATION REQUESTING ISSUANCE |
| | ) | OF CERTIFICATE OF APPEALABILITY AS |
| | ) | MOOT |
| A. P. KANE, | ) | |
| | ) | [Doc. #33] |
| Respondent. | ) | |
| | ) | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On July 6, 2007, the Court declined to issue a certificate of appealability in connection with Petitioner's appeal. On July 16, 2007, Petitioner filed an application requesting a certificate of appealability. As the court has already addressed the issue, the application is hereby DISMISSED as moot.

IT IS SO ORDERED.

**Dated:   July 21, 2007**                              **/s/ Oliver W. Wanger**
                                                                                           UNITED STATES DISTRICT JUDGE